UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| Ford Motor Company<br>　　　Plaintiff<br><br>v.<br><br>United States of America<br>　　　Defendant | Appeal No. 2014-1726 |

## CONSENT MOTION FOR AN EXTENSION OF TIME

Pursuant to Rules 26, 27 and 31, Federal Rules of Appellate Procedure, and Rules 26, 27 and 31, Rules of the United States of Appeals for the Federal Circuit, Ford Motor Company ("Ford"), Plaintiff-Appellant, respectfully moves this Court for a fourteen (14) day extension of time in which to file its brief. Ford's brief is currently due on October 20, 2014. A fourteen (14) day extension of time would extend this due date up to and including November 3, 2014. This is plaintiff-appellant's first request for an extension of time.

The extension of time is necessary to allow Ford's counsel time to complete its brief and to obtain the client's review and approval prior to filing papers before this Court.

On October 2, 2014, Tara Hogan, Esq., of the United States Department of Justice, Civil Division, counsel for defendant-appellee, advised that defendant-appellee consents to this extension of time.

WHEREFORE, plaintiff-appellant respectfully requests that its consent motion for an extension of time to file its brief is granted.

Respectfully submitted,

Stephanie A. Douglas, Esq.
Bush Seyferth & Paige PLLC
3001 W. Big Beaver Road, Suite 600
Troy, Michigan 48084
(248) 822-7800 Telephone
(248) 822-7806 Telecopier
e-Mail:  douglas@bsplaw.com

AND

BAKER & HOSTETLER LLP

By: /s/ Matthew W. Caligur
    Matthew W. Caligur, Esq.
    e-Mail: mcaligur@bakerlaw.com
    C. Thomas Kruse, Esq.
    e-Mail: tkruse@bakerlaw.com
    BAKER & HOSTETLER LLP
    811 Main Street, Suite 1100
    Houston, Texas 77002
    (713) 751-1600 Telephone
    (713) 751-1717 Telecopier

**ATTORNEYS FOR PLAINTIFF-APPELLANT FORD MOTOR COMPANY**

Dated:  October 7, 2014
    Houston, Texas

## **CERTIFICATE OF SERVICE**

     I hereby certify under penalty of perjury that on this 7th day of October, 2014, a copy of the foregoing Consent Motion for Extension of Time was filed electronically. This filing was served electronically to all parties by operation of the Court's electronic filing system.

Tara K. Hogan
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington DC 20044
Telephone: (202) 616-2228
Telecopier: (202) 305-7643
Tara.Hogan@usdoj.gov

**ATTORNEYS FOR DEFENDANT-APPELLEE**

                                                     s/ Matthew W. Caligur
                                                     Matthew W. Caligur

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| Ford Motor Company<br>　　　Plaintiff<br><br>v.<br><br>United States of America<br>　　　Defendant | Appeal No. 2014-1726 |

# **ORDER**

Upon reading Plaintiff-Appellant's consent motion for an enlargement of time to file its brief; upon consideration of other papers and proceedings herein; and upon due deliberation, it is hereby

ORDERED that the motion be, and hereby is, granted and Plaintiff-Appellant's time to file its brief is extended for a period of fourteen (14) days, through and including November 3, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　　_____

Dated: Washington, D.C.
This _____ day of _____, 2014

605190493.1